**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VICTOR MANUEL U. M.
(A Number: 245-730-379),

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-04358-JLT-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 16)

Victor Manuel U. M. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The magistrate judge reviewed the petition and took judicial notice of the petition and the Court's records in *Utrera-Martinez v. Sergio Albarran*, et al., No. 1:26-cv-02214-JLT-EGC. (Doc. 16 at 1-2.) The magistrate judge found the current petition raises the same issues previously decided by the Court. (*Id.* at 2.) The magistrate judge determined that "[t]he legality of Petitioner's detention has previously been determined" and the current petition "is successive." (*Id.* at 3.) Therefore, the magistrate judge recommended the Court dismiss the petition. (*Id.* at 4.)

The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 16 at 4.) The Court also advised that the "failure to file objections within the specified time may result in the waiver of rights on appeal."

(*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Petitioner did not file objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued July 14, 2026 (Doc. 16) are **ADOPTED** in full.
2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.
3. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE